This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Charlie Brian Cole, Jr. v. Caesars Riverboat Casino, LLC

| | |
|---|---|
| Case Number | 22D03-2107-CT-000883 |
| Court | Floyd Superior Court 3 |
| Type | CT - Civil Tort |
| Filed | 07/13/2021 |
| Status | 07/13/2021 , Pending  (active) |

## Parties to the Case

| | |
|---|---|
| Defendant | Caesars Riverboat Casino, LLC |

| | |
|---|---|
| Plaintiff | Cole Jr., Charlie Brian |

Attorney
Amy Rebecca Wheatley
*#2593710, Retained*

Stein Law
810 East Market St
New Albany, IN 47150
812-948-6000(W)

## Chronological Case Summary

| | |
|---|---|
| 07/13/2021 | **Case Opened as a New Filing** |

| 07/13/2021 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint |
| | Filed By:        Cole, Charlie Brian JR |
| | File Stamp:      07/13/2021 |

| 07/13/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons to Caesars - cert mail |
| | Filed By:        Cole, Charlie Brian JR |
| | File Stamp:      07/13/2021 |

| 07/13/2021 | **Appearance Filed** |
|---|---|
| | Appearance of Amy Wheatley |
| | For Party:       Cole, Charlie Brian JR |
| | File Stamp:      07/13/2021 |

EXHIBIT 1

| 07/13/2021 | **Summons** |
|---|---|
| | Requested By: |
| | Cole JR, Charlie Brian |
| | |
| | Parties: |
| | Caesars Riverboat Casino, LLC |

    Status:

    Served

    Served:

    07/14/2021

    Anticipated Method:

    Registered or Certified Mail

    Serving Method:

    Registered or Certified Mail

    Returned:

    08/04/2021

    Comment:

    *efiled*

| 08/04/2021 | **Certificate of Service - separately filed** |
|---|---|
| | 20210804_080358.pdf |
| | 20210804_080404.pdf |
| | Notice of Service |
| | |
| | Filed By:       Cole, Charlie Brian JR |
| | File Stamp:      08/04/2021 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Cole Jr., Charlie Brian**

Plaintiff

**Balance Due** (as of 08/04/2021)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 07/13/2021 | Transaction Assessment | 157.00 |
| 07/13/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## IN THE FLOYD SUPERIOR COURT NO. 3

### STATE OF INDIANA

| | |
|---|---|
| CHARLIE BRIAN COLE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CAESARS RIVERBOAT CASINO, LLC | ) |
| d/b/a Caesars Southern Indiana | ) |
| f/k/a Horseshoe Southern Indiana and/or | ) |
| Horseshoe Casino Hotel, | ) |
| Southern Indiana | ) |
| | ) |
| Defendant. | ) |

CASE NO. _____

## APPEARANCE
### (Initiating Party)

1.  Name of First Initiating Party:    **CHARLIE BRIAN COLE, JR.**

2.    Attorney Information:

   Amy R. Wheatley
   810 E. Market Street
   New Albany, IN 47150
   amy.wheatley@steinlawoffices.com

   Attorney No. 25937-10
   Telephone: (812) 948-6000
   Fax: (812) 948-6292

3. Case Type: Civil Tort

4. Will Plaintiff accept FAX service: No

5. Are there related cases? No.

6. Additional information required by state or local rule:   None

   ___/s/ Amy R. Wheatley_____

IN THE FLOYD SUPERIOR COURT NO. 3

STATE OF INDIANA

CHARLIE BRIAN COLE, JR.,               )
                                       )
                        Plaintiff,     )
                                       )
            vs.                        )      CASE NO. _____
                                       )
CAESARS RIVERBOAT CASINO, LLC          )
d/b/a Caesars Southern Indiana         )
f/k/a Horseshoe Southern Indiana and/or )
Horseshoe Casino Hotel,                )
Southern Indiana                       )
                                       )
                        Defendant.     )

<u>COMPLAINT</u>

Plaintiff, Charlie Brian Cole, by and through his counsel, states as his Complaint against

Defendant Caesars Riverboat Casino, LLC d/b/a Caesars Southern Indiana f/k/a Horseshoe Southern

Indiana/Caesars Indiana, Caesars Entertainment, Inc. merged with Eldorado Resorts, as follows:

1. Plaintiff, Charlie Brian Cole is a resident of Harrison County, Indiana and brings this

action on behalf of himself.

2. The Defendant, Caesars Riverboat Casino, LLC d/b/a Caesars Southern Indiana f/k/a

Horseshoe Southern Indiana/Caesars Indiana is an Indiana Limited Liability Co. operates as a casino

hotel in Elizabeth, Harrison County, Indiana at 11999 Casino Drive, SE.

3.     At the time of the events of the Complaint herein Caesars Riverboat Casino d/b/a

Horseshoe Southern Indiana was at all relevant times in possession of a beer, wine, and liquor

gaming site license issued by the Indiana Alcohol & Tobacco Commission Number GS3126208.

4.     At all material times, Defendant Caesars Riverboat Casino, LLC d/b/a Caesars

Southern Indiana f/k/a Horseshoe Southern Indiana includes any and all parents, subsidiaries,

1

affiliates. divisions, franchises, partners, joint ventures, and organization units of any kind, predecessors, successors and assigns and their offices, directors, employees, agents, representatives, and any other persons acting on their behalf (all hereinafter "Defendant Horseshoe Southern Indiana").

5.     Jurisdiction and venue are proper as the event giving issue to Plaintiff's Complaint occurred in Floyd County, Indiana and the amount in controversy exceeds the minimal jurisdiction required of this Court.

6.     On or about July 29, 2019, before approximately 10:00 p.m., Defendant Horseshoe Southern Indiana located at 11991 Casino Center Drive, SE, Elizabeth, Indiana by and through its employees, agent or assigns negligently served patron Susan Riley, when they knew or should have known that she was intoxicated.

7.     Defendant Horseshoe Southern Indiana by and through its employees knew or should have known that patron Susan Riley was intoxicated and presented an unreasonable danger to the public yet continued to serve, and/or fail to supervise patron Susan Riley while she was already visibly intoxicated.

8.     Immediately after leaving the Defendant Horseshoe Southern Indiana's establishment, patron Susan Riley entered into her vehicle and was traveling on State Road 111 S near Seven Mile Lane in Floyd County, Indiana when she negligently, carelessly, and recklessly failed to control the location and speed of her vehicle, causing it to cross the center line, and violently strike Plaintiff's vehicle head on resulting in personal injuries, harms, losses, and damages to the Plaintiff.

9.     Upon information and belief patron Susan Riley was operating her vehicle while under the influence of alcohol in violation of I.C. 9-30-5-2 as well as I.C. 9-30-5-4.

## STATUTORY LIABILITY

Plaintiff incorporates by reference all prior allegations contained in this Complaint.

10.     At all relevant times, Defendant owed a duty to comply with all applicable statutes, regulations and rules related to imposing liability and liquor licenses for serving obviously intoxicated patrons.

11.     Defendant breached this duty when it failed to comply with such statutes regulating, and rules regarding imposing liability when he/she furnishes alcohol to an obviously intoxicated patron as required by the Indiana Dram Shop Act, I.C. 7.1-5-10-15-15.5.

12.     Plaintiff was within the class of persons whom the above referenced statute was meant to protect.

13.     Defendant's failure to comply with the above referenced statute created the type of motor vehicle accident as described above which the law was designed to protect.

14.     Defendant's failure to comply with the above referenced statute was a direct and proximate cause of decedent's injuries and death and this constitutes negligence per se.

## NEGLIGENCE

Plaintiff incorporates by reference all prior allegations contained in this Complaint.

15.     Defendant sold alcoholic beverages to patron, Susan Riley, at a time when Defendant knew, or in the exercise of reasonable care, should have known that patron, Susan Riley, was intoxicated.

16.     Defendant's sale of alcoholic beverages and failure to promptly observe, recognize, and supervise the actions of patron, Susan Riley, was negligent and the proximate cause of patron, Susan Riley's, intoxication and her failure to keep her vehicle under proper control.

## NEGLIGENT HIRING AND RENTENTION

Plaintiff incorporates by reference all prior allegations contained in this Complaint.

17.     Defendant owed Plaintiff a duty to exercise reasonable care in hiring, retention and suspension of its agents, servants, employees, and/or patrons.

18.     Defendant knew or should have known of the dangers of serving alcohol to intoxicated persons, in failing to supervise the control of intoxicated patrons, and its need to adequately protect the public from such intoxicated and/or impaired persons by proper hiring, training, retention, and supervision of its agents, servants, employees, and/or patrons.

19.     Defendant breached its duty by failing to exercise due care in the hiring, training, retention, and supervision of its bartenders, servers, and patrons.

20.     As a proximate and foreseeable consequence of Defendant's breach of duty, including its agents, servants, and/or employees, in continuing to serve patron Riley, then allowing her to leave the premises and get behind the wheel of a motor vehicle, all of which were negligent acts in failing to prevent an intoxicated/impaired, negligent, and reckless driver such as patron, Susan Riley, from ever leaving the premises in such an inebriated state directly contributed to the Plaintiff's resultant damages as well as the death of patron, Susan Riley.

WHEREFORE, Plaintiff, Charlie Brian Cole, Jr., demands judgment against the Defendant, Horseshoe Southern Indiana, for a reasonable amount to compensate him for his damages and for all other relief in the premises.

/s/Amy R. Wheatley
Amy R. Wheatley, #25937-10
**STEIN LAW**
810 E. Market Street
New Albany, IN  47150
(812) 948-6000
amy.wheatley@steinlawoffices.com
Counsel for Plaintiff

4

22D03-2107-CT-000883

Filed: 7/13/2021 2:52 PI
Cler
Floyd County, Indian

Floyd Superior Court 3

IN THE FLOYD SUPERIOR COURT NO. 3

STATE OF INDIANA

CHARLIE BRIAN COLE, JR.,                    )
                                            )
                    Plaintiff,              )
                                            )
          vs.                               )      CASE NO. _____
                                            )
CAESARS RIVERBOAT CASINO, LLC               )
d/b/a Caesars Southern Indiana              )
f/k/a Horseshoe Southern Indiana and/or     )
Horseshoe Casino Hotel,                     )
Southern Indiana                            )
                                            )
                                            )
                    Defendant.              )

## SUMMONS

THE STATE OF INDIANA TO DEFENDANT:          **CAESARS RIVERBOAT CASINO, LLC**

ADDRESS:    **Registered Agent:  Corporation Service Company**
            **135 North Pennsylvania Street, Suite 1610**
            **Indianapolis, IN  46204**

You have been sued by the person(s) named "Plaintiff", in the Court stated above. The nature of the suit against you is stated in the Complaint which is attached to this summons. It also states the demand which the Plaintiff has made against you.

You must answer the Complaint in writing to be filed with the Court, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded.

If you deny the demand and/or have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

It is suggested that you consult with an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated:   **Certified Mail, Return Receipt Requested.**

Dated: _____, 2021          7/13/2021

                                            Clerk, Floyd Superior Court No. 3

Filed: 8/4/2021 8:25 AM Clerk
Floyd County, Indiana

IN THE FLOYD SUPERIOR COURT NO. 3

STATE OF INDIANA

CHARLIE BRIAN COLE, JR.,                    )
                                            )
                    Plaintiff,              )
                                            )
            vs.                             )        CASE NO. 22D03-2107-CT-000883
                                            )
CAESARS RIVERBOAT CASINO, LLC               )
d/b/a Caesars Southern Indiana              )
f/k/a Horseshoe Southern Indiana and/or     )
Horseshoe Casino Hotel,                     )
Southern Indiana                            )
                                            )
                    Defendant.              )

## **NOTICE OF SERVICE**

Comes now the Plaintiff by Counsel, and states that service was accomplished on

the as made evident by the enclosed Certified Mail Receipt labeled "Exhibit A."

Dated: 8/4/21

                                    __/S/ Amy R. Wheatley_____
                                    Amy R. Wheatley, #25937-10
                                    **STEIN LAW**
                                    810 E. Market St
                                    New Albany, IN 47150
                                    (812)948-6000
                                    amy.wheatley@steinlawoffices.com
                                    Counsel for Plaintiff

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70201290000044746835

Remove ✕

Your item was delivered at 9:49 am on July 16, 2021 in INDIANAPOLIS, IN 46204.

## ⊘ Delivered

July 16, 2021 at 9:49 am
INDIANAPOLIS, IN 46204

Feedback

### Text & Email Updates ⌄

### Tracking History ⌃

July 16, 2021, **9:49 am**
Delivered
INDIANAPOLIS, IN 46204
Your item was delivered at 9:49 am on July 16, 2021 in INDIANAPOLIS, IN 46204.

July 16, 2021, **9:18 am**
Arrived at Post Office
INDIANAPOLIS, IN 46204

July 16, 2021, **7:29 am**
Out for Delivery
INDIANAPOLIS, IN 46204

July 15, 2021, 7:54 pm
Departed USPS Regional Facility
INDIANAPOLIS IN DISTRIBUTION CENTER

July 15, 2021, 8:59 am
Arrived at USPS Regional Facility
INDIANAPOLIS IN DISTRIBUTION CENTER

July 14, 2021, 9:34 pm
Arrived at USPS Regional Facility
LOUISVILLE KY DISTRIBUTION CENTER

**Product Information**  ⌃

**Postal Product:**

**Features:**
Certified Mail™

Feedback

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

IN THE FLOYD COUNTY SUPERIOR COURT NO. 3
STATE OF INDIANA

|  |  |  |
|---|---|---|
| CHARLIE BRIAN COLE, JR., | ) | |
| | ) | **CASE NO. 22D03-2107-CT-000883** |
| PLAINTIFF, | ) | *Electronically Filed* |
| | ) | |
| VS. | ) | |
| | ) | |
| CAESARS RIVERBOAT CASINO, LLC | ) | |
| d/b/a Caesars Southern Indiana | ) | |
| f/k/a Horseshoe Southern Indiana and/or | ) | |
| Horseshoe Casino Hotel, Southern Indiana, | ) | |
| | ) | |
| DEFENDANT | ) | |

### E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1.  The party on whose behalf this form is being filed is:

    Initiating _____        Responding __X__      Intervening _____ ; and

    the undersigned attorney and all attorneys listed on this form now appear in this

    case for the following parties:

    Name of party: Caesars Riverboat Casino, LLC d/b/a Caesars Southern Indiana

    f/k/a Horseshoe Southern Indiana and/or Horseshoe Casino Hotel, Southern Indiana

    Address of party: 11999 Casino Center Drive Elizabeth, IN 47117

    Telephone number of party: 1-866-676-7463

2.  The attorneys response for the representation of the above identified initiating

party is:

Name: Douglas P. Dawson                    Attorney No. 29645-22

Address: Walters Richardson, PLLC          Telephone No.: 502-785-9090
          920 Lily Creek Rd., Ste. 102        Fax No.: 502-742-0326
          Louisville, KY 40243               Email: Doug@WaltersRichardson.com

3.      Undersigned certifies that the contact information listed on the Indiana Supreme Court Roll of Attorneys for each attorney is current and accurate as of the date the appearance is filed.

4.      Undersigned acknowledges that all orders, opinions, notices and all documents served under Trial Rule 86(G) will be sent to the attorney at the email address(es) on the Indiana Roll of Attorneys regardless of other contact information supplied by the attorney; and

Undersigned acknowledges that it is their sole responsibility for keeping their contact information with the Indiana Roll of Attorneys accurate per Ind. Admis. Disc. R. 2(A).

Respectfully submitted,

WALTERS RICHARDSON, PLLC

*/s/ Douglas P. Dawson*

_____

Douglas P. Dawson    (Bar #: 29645-22)
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
Telephone:     (502) 785-9090
Facsimile:     (502) 742-0326
Email:         Doug@WaltersRichardson.com
COUNSEL FOR DEFENDANT,
CAESARS RIVERBOAT CASINO, LLC D/B/A
CAESARS SOUTHERN INDIANA F/K/A
HORSESHOE SOUTHERN INDIANA AND/OR
HORSESHOE CASINO HOTEL, SOUTHERN
INDIANA

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing has been served on the following on the 4th day of

August, 2021 via the Indiana E-Filing System:

Amy R. Wheatley
Stein Law
810 East Market Street
New Albany, IN 47150
amy.wheatley@steinlawoffices.com
*Counsel for Plaintiff*


/s/ *Douglas P. Dawson*
_____
COUNSEL FOR DEFENDANT,
CAESARS RIVERBOAT CASINO, LLC D/B/A
CAESARS SOUTHERN INDIANA F/K/A
HORSESHOE SOUTHERN INDIANA AND/OR
HORSESHOE CASINO HOTEL, SOUTHERN
INDIANA

7575.007117C:\NRPortbl\Golden_and_Walters\MAEVE\1543394_1.docx

IN THE FLOYD COUNTY SUPERIOR COURT NO. 3
STATE OF INDIANA

|  |  |  |
|---|---|---|
| CHARLIE BRIAN COLE, JR., | ) | |
| | ) | |
| | ) | **CASE NO. 22D03-2107-CT-000883** |
| PLAINTIFF, | ) | *Electronically Filed* |
| | ) | |
| VS. | ) | |
| | ) | |
| CAESARS RIVERBOAT CASINO, LLC | ) | |
| d/b/a Caesars Southern Indiana | ) | |
| f/k/a Horseshoe Southern Indiana and/or | ) | |
| Horseshoe Casino Hotel, Southern Indiana, | ) | |
| | ) | |
| DEFENDANT | ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. § 1446(d), Defendant, Caesars Riverboat Casino, LLC d/b/a Caesars Southern Indiana f/k/a Horseshoe Southern Indiana and/or Horseshoe Casino Hotel, Southern Indiana, has on this 4th day of August 2021 removed this action by filing a Notice of Removal in the United States District Court for the Southern District of Indiana, New Albany Division, together with a complete copy of all process, pleadings, and orders served upon these Defendant in the state court action as of the date of the filing of the removal. A complete, true, and correct copy of such Notice of Removal, without exhibits, is attached hereto as Exhibit A.

Respectfully submitted,

WALTERS RICHARDSON, PLLC

*/s/ Douglas P. Dawson*

---

Douglas P. Dawson    (Bar #: 29645-22)
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
Telephone:    (502) 785-9090
Facsimile:    (502) 742-0326
Email:        Doug@WaltersRichardson.com
COUNSEL FOR DEFENDANT,
CAESARS RIVERBOAT CASINO, LLC D/B/A
CAESARS SOUTHERN INDIANA F/K/A
HORSESHOE SOUTHERN INDIANA AND/OR
HORSESHOE CASINO HOTEL, SOUTHERN
INDIANA

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing has been served on the following on the 4th day of

August, 2021 via the Indiana E-Filing System:

Amy R. Wheatley
Stein Law
810 East Market Street
New Albany, IN 47150
amy.wheatley@steinlawoffices.com
*Counsel for Plaintiff*

*/s/ Douglas P. Dawson*

---

COUNSEL FOR DEFENDANT,
CAESARS RIVERBOAT CASINO, LLC D/B/A
CAESARS SOUTHERN INDIANA F/K/A
HORSESHOE SOUTHERN INDIANA AND/OR
HORSESHOE CASINO HOTEL, SOUTHERN
INDIANA

7575.007117C:\NRPortbl\Golden_and_Walters\MAEVE\1543393_1.docx

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
AT NEW ALBANY

|  |  |  |
|---|---|---|
| CHARLIE BRIAN COLE, JR., | ) | *Electronically Filed* |
|  | ) | **CASE NO. 4:21-cv-___-____** |
| PLAINTIFF | ) |  |
|  | ) |  |
| VS. | ) |  |
|  | ) |  |
| CAESARS RIVERBOAT CASINO, LLC | ) |  |
| d/b/a Caesars Southern Indiana | ) |  |
| f/k/a Horseshoe Southern Indiana and/or | ) |  |
| Horseshoe Casino Hotel, Southern Indiana, | ) |  |
|  | ) |  |
| DEFENDANT | ) |  |
|  | ) |  |

## NOTICE OF REMOVAL

Comes the Defendant, Caesars Riverboat Casino, LLC d/b/a Caesars Southern Indiana f/k/a Horseshoe Southern Indiana and/or Horseshoe Casino Hotel, Southern Indiana ( "Caesars"), by counsel, for its Notice of Removal from the Floyd Superior Court to this Court pursuant to 28 U.S.C. § 1332, 1441, 1446, hereby files this Notice of Removal.  As ground for removal of this action, Caesars respectfully states as follows:

1.     On July 13, 2021, the Plaintiff, Charlie Brian Cole, Jr. ("Plaintiff"), commenced this civil action against Caesars in the Floyd Superior Court, designated therein as Civil Action No. 22D03-2107-CT-000883.  True and complete copies of the process, pleadings, and orders served upon and filed by all parties in this action are attached as **Exhibit 1**.

2.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) and (b) because there is diversity of citizenship between the parties and the total amount claimed by Plaintiff exceeds the jurisdictional minimum of $75,000, though Defendant denies liability to Plaintiff's claims for damages.

EXHIBIT A

3.      The amount in controversy exceeds $75,000, exclusive of interest in costs.

4.      Plaintiff is citizen of Indiana.

5.      Pursuant to *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998), "the citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members." Pursuant to 28 U.S.C. § 1332 (c)(1), a corporation shall be deemed a citizen of its state of incorporation and the state where it has its principal place of business.

6.      Caesars Riverboat Casino, LLC is wholly owned by and has as its sole member Roman Holding Company of Indiana, LLC. Roman Holding Company of Indiana, LLC is wholly owned by and has as its sole member Caesars World, LLC. Caesars World, LLC is wholly owned by and has as its sole member CEOC, LLC. CEOC, LLC is wholly owned by and has as its sole member Caesars Resort Collection, LLC. Caesars Resort Collection, LLC is wholly owned by and has as its sole member Caesars Growth Partners, LLC. Caesars Growth Partners, LLC is wholly owned by and has as its sole member Caesars Holdings, Inc. Caesars Holdings, Inc. is incorporated in Delaware and has its principal place of business in the State of Nevada. Therefore, Caesars Riverboat Casino, LLC is a citizen of Delaware and Nevada.

7.      This action arises from an automobile accident that occurred on July 29, 2019. The Complaint alleges that Plaintiff was injured in an automobile accident caused by another driver, who the Plaintiff alleges was overserved alcohol at a property owned and operated by Caesars.

8.      This action is removable to this District Court pursuant to 28 U.S.C. § 1441(a). This District and Division constitute the appropriate forum to which this action should be removed. The Floyd Superior Court is within the New Albany Division.

EXHIBIT A

9.     Venue is vested in this Court pursuant to 28 U.S.C. § 1391 since this is a civil action where jurisdiction is founded on diversity of citizenship and the events complained of occurred in the Southern District of Indiana.

10.    Pursuant to 28 U.S.C. § 1446(b), removal must be filed within thirty days after receipt of the initial pleadings setting forth the claim for relief.

11.    The Notice tendered herewith is being filed on August 4, 2021, within thirty days of the receipt of Plaintiff's Complaint, which was originally filed on July 13, 2021, thus making removal timely.

12.    Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate were mailed to Plaintiff's counsel as of the date of this filing.

13.    True and correct copies of the pleadings enumerated were filed with the Clerk of the Floyd Superior Court as of the date of this filing.

**WHEREFORE**, Defendants, request the removal of this action from the Floyd Superior Court to this Court for all other appropriate procedures.

Respectfully submitted,

WALTERS RICHARDSON, PLLC

*/s/ Joshua J. Leckrone*
Joshua J. Leckrone
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
Telephone:     (502) 785-9090
Facsimile:     (502) 742-0326
Email:          Josh@WaltersRichardson.com
COUNSEL FOR DEFENDANT,
CAESARS RIVERBOAT CASINO, LLC D/B/A
CAESARS SOUTHERN INDIANA F/K/A
HORSESHOE SOUTHERN INDIANA AND/OR
HORSESHOE CASINO HOTEL, SOUTHERN
INDIANA

3

EXHIBIT A

## CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served on this the 4th day of August, 2021 by

mailing a true and accurate copy to the following:

Amy R. Wheatley
Stein Law
810 East Market Street
New Albany, IN 47150
*Counsel for Plaintiff*

*/s/ Joshua J. Leckrone*
COUNSEL FOR DEFENDANT,
CAESARS RIVERBOAT CASINO, LLC D/B/A
CAESARS SOUTHERN INDIANA F/K/A
HORSESHOE SOUTHERN INDIANA AND/OR
HORSESHOE CASINO HOTEL, SOUTHERN
INDIANA

7575.007117C:\NRPortbl\Golden_and_Walters\MAEVE\1543383_1.docx

4

EXHIBIT A